IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BARBARA B. FREEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06cv794-SRW |
| ) | |
| MICHAEL ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Upon consideration of plaintiff's[1] petition for attorney fees, filed November 30, 2007, it is

ORDERED that defendant is DIRECTED to respond to the application on or before December 18, 2007. If the Commissioner objects to any item of fees claimed by plaintiff, the Commissioner must specify the item and the reason for his objection.

Done, this 5th day of December, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff styled her motion as "Micki Beth Stiller, Attorney for Barbara B. Freeman v. Astrue." However, in the first sentence of the motion, she states that "Plaintiff hereby applies for attorney fees[.]" Thus, it is clear that the plaintiff is the applicant for EAJA fees.